# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Michael Wayne Casteen                          Docket No. 7:05-CR-29-2F

### Petition for Action on Supervised Release

COMES NOW Kristyn Super, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Michael Wayne Casteen, who, upon an earlier plea of guilty to Armed Bank Robbery and Aiding and Abetting, in violation of 18 U.S.C. §§ 2113(a) and (d) and 2, and During and In Relation to a Crime of Violence Did Use and Carry a Firearm and Said Firearm Was Brandished, in violation of 18 U.S.C. §§ 924 (c)(1)(A) and 2, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on November 15, 2005, to the custody of the Bureau of Prisons for a term of 130 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 5 years.

Michael Wayne Casteen was released from custody on July 24, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 14, 2014, Casteen tested positive for methamphetamine. He admitted to using methamphetamine on November 8, 2014, and signed an admission form to that fact. On November 24, 2014, the sample was confirmed positive for amphetamines by Alere Laboratories. As the defendant is participating in the Surprise Urinalysis Program, his testing level was increased and he was referred to Chemical Dependency Training Evaluation & Guidance, Inc. (CDTEG) in Jacksonville, North Carolina for a substance abuse assessment.

As a sanction for the violation conduct, the probation officer recommends that the defendant be placed in the DROPS Program, beginning at the second use level, and that he be confined to the Bureau of Prisons for two days.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Michael Wayne Casteen
Docket No. 7:05-CR-29-2F
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days. The defendant shall begin the DROPS Program in the second use level.

2. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Kristyn Super<br>Kristyn Super<br>U.S. Probation Officer<br>200 Williamsburg Pkwy, Unit 2<br>Jacksonville, NC 28546-6762<br>Phone: 910-347-9038<br>Executed On: November 25, 2014 |

**ORDER OF COURT**

Considered and ordered this 25st day of November, 2014, and ordered filed and made a part of the records in the above case.

James C. Fox
Senior U.S. District Judge